UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTELL ANDRE GARRETT,<br><br>Petitioner,<br><br>v.<br><br>C.C.B. COURTS IN LOS ANGELES, et al.,<br><br>Respondent. | Case No. CV 17-06736 CJC (RAO)<br><br>JUDGMENT |

Pursuant to the Order of Summary Dismissal,

IT IS ADJUDGED that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing § 2254 Cases in the United States District Courts.

DATED: September 27, 2017

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE